## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY LEE SEWELL**, *et al.*, | : | **CIVIL ACTION NO. 1:13-CV-1212** |
| **Plaintiffs** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **DWAYNE DUBS**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of July, 2013, upon consideration of the Report and

Recommendation of United States Magistrate Judge Thomas M. Blewitt (Doc. 7),

recommending that the Plaintiffs' case be dismissed without prejudice, and, following an

independent review of the record and noting that petitioner filed objections[1] to the

report on June19, 2013 (Doc. 8), and the court finding Magistrate Judge Blewitt's analysis

to be thorough and well-reasoned, and the court finding plaintiffs' objections to be

without merit and squarely addressed by Magistrate Judge Blewitt's report, it is hereby

ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1. The Report and Recommendation of Magistrate Judge Blewitt (Doc. 7) are ADOPTED.

2. Plaintiffs' case is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

　S/ Christopher C. Conner　
CHRISTOPHER C. CONNER
United States District Judge